IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: ELIZABETH COWAN WRIGHT |
| | U.S. Magistrate Judge |
| v. | Case No: 24-cr-70 (JWB/TNL) |
| Ashley Anne Dyrdahl, | Date: March 14, 2024 |
| | Court Reporter: Carla Bebault |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: 3C |
| | Time Commenced: 3:11 p.m. |
| | Time Concluded: 3:27 p.m. |
| | Time in Court: 16 minutes |

APPEARANCES:

Plaintiff: Kristian Weir, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: March 13, 2024        Offense: conspiracy; straw purchasing; false statement during the purchase of a firearm

    X Advised of Rights

on    X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

_s/nah_
Signature of Courtroom Deputy