UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-cr-70 (JWB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Ashley Anne Dyrdahl, | |
| Defendant. | |

---

This matter comes before the Court on Defendant Ashley Anne Dyrdahl's Second Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 20. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 21.

Defendant requests a 45-day extension of the June 18, 2024 deadline to file pretrial motions and a continuance of the July 15, 2024 hearing date in order "to allow counsel to continue to review the voluminous discovery." ECF No. 20 at 1; *see* ECF No. 21 at 1. The Government has no objection to the requested extension.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial, and such continuance is necessary to provide Defendant and her counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources. The Court will also adjust the dates for filing responses to pretrial motions, any notice of intent to call witnesses, and any responsive notice of intent to call witnesses accordingly.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Second Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 20, is **GRANTED**.

2. The period of time from **the date of this Order through August 2, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **August 2, 2024**. *See* D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4. **Counsel must electronically file a letter on or before August 2, 2024, if no motions will be filed and there is no need for hearing**.

5. All responses to motions shall be filed by **August 16, 2024**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **August 16, 2024**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **August 21, 2024**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures, and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **August 23, 2024, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

10. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Jerry W. Blackwell to confirm the new trial date.**

Dated: June  20  , 2024

              *s/ Tony N. Leung*
              Tony N. Leung
              United States Magistrate Judge
              District of Minnesota


              *United States v. Dyrdahl*
              Case No. 24-cr-70 (JWB/TNL)