UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-70 (JWB/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S PRETRIAL |
| v. | ) | MOTION FOR DISCLOSURE |
| | ) | OF 404 EVIDENCE |
| ASHLEY ANNE DYRDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Ashley Dyrdahl, through her attorneys Manny K. Atwal and Matthew Deates, hereby moves the Court for an order directing the government to immediately disclose any bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence and further directing the government to identify the basis for the evidence's admissibility and the witnesses through whom such evidence will be presented at trial.

Dated:  August 2, 2024                    Respectfully submitted,

                                                          *s/Manny K. Atwal*
                                                          MANNY K. ATWAL
                                                          Attorney ID No. 282029
                                                          MATTHEW DEATES
                                                          Attorney ID No. 0400318
                                                          Attorneys for Ms. Dyrdahl
                                                          Office of the Federal Defender
                                                          107 U.S. Courthouse
                                                          300 South Fourth Street
                                                          Minneapolis, MN 55415