UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-70 (JWB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>ASHLEY ANNE DYRDAHL,           )<br>                                                              )<br>            Defendant.                         ) | MOTION TO COMPEL ATTORNEY<br>FOR THE GOVERNMENT TO<br>DISCLOSE EVIDENCE<br>FAVORABLE TO THE DEFENDANT |

The Court has advised the government of Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and their progeny, compelling disclosure of any evidence in the possession of the prosecution or any of its agents which is exculpatory or relevant for impeachment purposes. The Brady and Giglio obligations of the government include but are not limited to the following:

1. Any identification of persons other than the defendant by witnesses to the crime.

2. Any failure to identify the defendant by any eyewitness to the crime, or uncertainty in the identification of the defendant by such a witness.

3. Any statements of any witness exculpating the defendant.

4. Any statements of any witness, which contradict other statements by that witness, or contradict statements of other witnesses.

5. Any reports of interviews relating to or containing statements or identifications contained in paragraphs 1 through 4.

1

6. Any fingerprints, handwriting, physical evidence or other specific evidence which was not identified with this defendant, or any uncertainties or discrepancies in such evidence which did identify the defendant.

7. Any items seized from parties not charged which tend to identify them rather than the defendant with commission of the charged crime.

8. Any prior convictions, arrests or criminal involvement of prospective government witnesses.

9. Any offers, promises, or inducements made to prospective government witnesses to secure their cooperation against the defendant, whether or not the government intends to call those persons as witnesses, and whether or not express deals were entered into with those persons.

10. Any other evidence relevant to impeachment of government witnesses, including evidence of witnesses prior lies or untruthfulness, witnesses biases or prejudices regarding the defendant, and the success or failure of witnesses prior cooperation with the government.

The defendant seeks that the Court order the government *to continue* to disclose such information promptly, and on an ongoing basis at any future time when additional exculpatory or impeachment evidence is discovered by the government.

Dated:   August 2, 2024                     Respectfully submitted,

*s/Manny K. Atwal*
MANNY K. ATWAL
Attorney ID No.   282029
MATTHEW DEATES
Attorney ID No. 0400318
Attorneys for Ms. Dyrdahl
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415