UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-70 (JWB/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION FOR |
| | ) | DISCOVERY OF EXPERT UNDER |
| v. | ) | RULE 16(a)(1)(G) |
| | ) | |
| ASHLEY ANNE DYRDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defendant, by and through her undersigned counsel, hereby moves the Court for a written summary of the expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefore, and the witnesses qualifications all pursuant to Rule 16(a)(1)(G).

Dated:   August 2, 2024

Respectfully submitted,

*s/Manny K. Atwal*
MANNY K. ATWAL
Attorney ID No.   282029
MATTHEW DEATES
Attorney ID No. 0400318
Attorneys for Ms. Dyrdahl
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415