UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.   24-70 (JWB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>ASHLEY ANNE DYRDAHL,   )<br>   )<br>   Defendant.   )   | DEFENDANT'S MOTION FOR<br>GOVERNMENT AGENTS TO RETAIN<br>ROUGH NOTES AND EVIDENCE |

The defendant, Ashley Dyrdahl, by and through her attorneys, Manny K. Atwal and Matthew Deates, pursuant to Title 18, United States Code, Section 3500 et. seq., Brady v. Maryland, 375 U.S. 83 (1963), and Rule 16 of the Federal Rules of Criminal Procedure, moves the Court for an Order requiring any law enforcement agent, including any confidential reliable informants, to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records. In addition, defendant moves for an order directing any and all officials involved in this case to preserve the evidence seized in the course of their investigation. Defendant so moves on the following grounds:

   1.   Rough notes are considered statements within the meaning of Title 18, United States Code, Section 3500(e)(1); United States v. Bernard, 607 F.2d 1257 (9th Cir. 1979); United States v. Gaston, 608 F.2d 607 (5th Cir. 1979);

   2.   Destruction of rough notes by law enforcement officials usurps the judicial function of determining what evidence must be produced. United States v. Harris, 543 F.2d

1247 (9th Cir. 1976);

    3.   The rough notes may contain facts favorable to the defense.

    4.   The evidence seized is directly relevant to issues ranging from defendant's guilt or innocence to sentencing considerations. Its inspection and use as provided for under Rule 16(c) of the Federal Rules of Criminal Procedure, will be rendered impossible if is altered or destroyed.

Dated:   August 2, 2024                        Respectfully submitted,

                                                                           *s/Manny K. Atwal*
                                                                           MANNY K. ATWAL
                                                                           Attorney ID No.   282029
                                                                           MATTHEW DEATES
                                                                           Attorney ID No. 0400318
                                                                           Attorneys for Ms. Dyrdahl
                                                                           Office of the Federal Defender
                                                                           107 U.S. Courthouse
                                                                           300 South Fourth Street
                                                                           Minneapolis, MN 55415