# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Tony N. Leung |
| v. | U.S. Magistrate Judge |
| Ashley Anne Dyrdahl, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 24-cr-70 (JWB/TNL) |
| Date: | August 23, 2024 |
| Court Reporter: | Lori Simpson |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 1:42 p.m. |
| Time Concluded: | 1:48 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 6 Minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:
   Plaintiff:  Thomas Calhoun-Lopez, Assistant U.S. Attorney
   For Defendant Ashley Anne Dyrdahl: Manvir K. Atwal and Matthew Deates, FPD

Non-Dispositive motions taken under advisement as of today:  **23, 24, 25, 26, 27**

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☒ NO R&R TO BE ISSUED
   ☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

*s/ Eric*
Signature of Law Clerk