UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-70 (JWB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ASHLEY ANNE DYRDAHL,  )<br>  )<br>    Defendant.  ) | **MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), Ashley Dyrdahl moves to exclude the period of time from the date of the Court's order on this motion through December 30, 2024, from the Speedy Trial Act computations in this case. The parties have conferred and determined that a trial date in December 2024 will allow them to adequately prepare for trial.

Dated: October 29, 2024

Respectfully submitted,

*s/Manny K. Atwal*

MANNY K. ATWAL
Attorney ID No. 282029
MATTHEW DEATES
Attorney ID No. 0400318
Attorneys for Ms. Dyrdahl
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415