# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-70 (JWB/TNL) |
| Plaintiff, | |
| v. | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Ashley Anne Dyrdahl, | |
| Defendant. | |

This matter is before the Court upon the defendant's motion to exclude the period of time from the date of this order through December 30, 2024, from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the accompanying motion.

**IT IS HEREBY ORDERED** that the period from the date of this order through December 30, 2024, shall be excluded from the Speedy Trial Act computations in this case.

Dated: October 30, 2024

s/ Jerry W. Blackwell
Honorable Jerry W. Blackwell
United States District Court Judge