# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No: 24-CR-70(1) JWB/TNL |
| v. | Date: November 14, 2024 |
| | Court Reporter: Erin Drost |
| ASHLEY ANNE DYRDAHL, | Courthouse: St. Paul |
| | Courtroom: Zoom |
| Defendant. | Time Commenced: 9:32 a.m. |
| | Time Concluded: 9:37 a.m. |
| | Time in Court: 5 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Thomas Calhoun-Lopez, Assistant United States Attorney
   For Defendant:   Manvir Atwal, FPD

PROCEEDINGS:
☒ **Status Conference held.**
☒ Order to be issued.

 

s/ D. Dodd
Courtroom Deputy