# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ASHLEY ANNE DYRDAHL,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **COURT MINUTES - CRIMINAL**<br><br>Case No:        24-CR-70(1) JWB/DTS<br>Date:             September 10, 2025<br>Court Reporter: Erin Drost<br>Courthouse:    St. Paul<br>Courtroom:     Devitt<br>Time Commenced: 1:59 PM<br>Time Concluded:   4:38 PM<br>Time in Court:  2 Hour & 39 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  For Plaintiff:    Kristian C.S. Weir and Thomas Calhoun-Lopez, Assistant United States Attorney
  For Defendant:   Manvir K. Atwal and Matthew Deates, FPD

  **x Sentencing.**

IT IS ORDERED:     Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 5 | X | | 45 months | | 2 years | | |
| 6 | X | | 45 months | | 2 years | | |

**Said terms to run  X concurrently  ☐ consecutively**
  x    Special conditions of :   **See J&C for special conditions**
       x Defendant sentenced to pay:
              x   Special assessment in the amount of $200.00
  x   Plea and plea agreement accepted.
  x   On Motion of the Gov't., the remaining counts of the Indictment are dismissed.
  x    Defendant remanded to the custody of the U.S. Marshal.
  x    Docket nos.: 62, 63, 63, 66, 68, and 71 shall remain sealed until September 10, 2035.

                                                                                    s/D. Dodd
                                                                                Courtroom Deputy