# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ASHLEY ANNE DYRDAHL,<br>　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

**AMENDED**
**COURT MINUTES - CRIMINAL**

Case No:        24-CR-70(1) JWB/DTS
Date:            September 10, 2025
Court Reporter: Erin Drost
Courthouse:      St. Paul
Courtroom:       Devitt
Time Commenced: 1:59 PM
Time Concluded:    4:38 PM
Time in Court:  2 Hour & 39 Minutes

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:    Kristian C.S. Weir and Thomas Calhoun-Lopez, Assistant United States Attorney
   For Defendant:   Manvir K. Atwal and Matthew Deates, FPD

**x Sentencing.**

IT IS ORDERED:    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|-----------|------|---------|-----|-----|-----|------|-----|
| 5 | X | | 45 months | | 2 years | | |
| 6 | X | | 45 months | | 2 years | | |

**Said terms to run  X concurrently  ☐ consecutively**
  x  Special conditions of :  **See J&C for special conditions**
    x Defendant sentenced to pay:
       x  Special assessment in the amount of $200.00
  x  Plea and plea agreement accepted.
  x  On Motion of the Gov't., the remaining counts of the Indictment are dismissed.
  x  Defendant remanded to the custody of the U.S. Marshal.
  x  Docket nos.: 62, 63, 66, 68, and 71 shall remain sealed until September 10, 2035.

                             s/D. Dodd
                             Courtroom Deputy